■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN E. DONOVAN, Appellant.—Judgment unanimously affirmed. Memorandum: While we believe that the court should have permitted the proper testimony by the brother, failure to receive it was harmless in view of the overwhelming proof of defendant's guilt revealed in this record. *(People v Crimmins,* 36 NY2d 230.) (Appeal from judgment of Onondaga County Court—rape first degree and other charges.) Present.—Cardamone, J. P., Simons, Mahoney, Dillon and Goldman, JJ.